IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 20-6099 |
| v. | : : : | |
| JACK HRYNKO | : | CRIMINAL ACTION NO. 10-105 |

## ORDER

**AND NOW**, this 29th day of July, 2021, upon consideration of Petitioner's pro se Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Criminal Docket No. 48), and the Government's response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **DENIED**.

2. Petitioner's request for the appointment of counsel is **DENIED**.

3. As Petitioner has failed to make a substantial showing of the denial of a constitutional right, the Court declines to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(2).

4. The Clerk shall **CLOSE** Civil Action No. 20-6099.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.